NOT FOR PUBLICATION IN WEST'S HAWAI‘I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-10-0000169
31-MAY-2011
09:40 AM**

NO. CAAP-10-0000169

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI‘I

GENOVIEVE H. LETHER, Plaintiff-Appellee, v.
RICHARD T. LETHER, Defendant-Appellant

APPEAL FROM THE FAMILY COURT OF THE THIRD CIRCUIT
(FC-DA NO. 10-1-0283)

ORDER GRANTING RICHARD T. LETHER'S MOTION TO DISMISS APPEAL
(By: Nakamura, C.J., Leonard and Ginoza, JJ.)

Upon consideration of the Appellant Richard T. Lether's Motion to Dismiss Appeal and the records and files herein, Appellant states that he no longer wishes to pursue his appeal. Therefore,

IT IS HEREBY ORDERED that the motion to dismiss appeal is granted, and this appeal is dismissed. The parties shall bear their own appellate costs and fees.

DATED: Honolulu, Hawai‘i, May 31, 2011.

Chief Judge

Associate Judge

Associate Judge